# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUELINE PEEPLES,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-0617** |
| | : | |
| **EQUIFAX INFORMATION** | : | |
| **SERVICES LLC,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of September, 2023, upon consideration of Plaintiff Jacqueline Peeples's *pro se* Amended Complaint (ECF No. 9), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ John Milton Younge
**JOHN M. YOUNGE, J.**